DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTONI LEBLANC,**
Appellant,

v.

**OLABODE HASSAN OKEDEYI,**
Appellee.

No. 4D18-1360

[July 25, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case No. CACE 14-002040 (03).

Blair M. Dickert and Tiffany Fanelli of Kanner & Pintaluga, P.A., Boca Raton, for appellant.

Sharon C. Degnan of Kubicki Draper, Orlando, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY, JJ., and NUTT, JAMES, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***